30,410-05

In The Court of Criminal Appeals
of Texas

Ex parte, Don Anthony Bonner
TDCJ No. 1819637, Relator

v.

State of Texas
Respondents.

§
§
§
§
§
§
§
§
§
§
§

In the 432 Judicial
District Court of
Tarrant County Texas
Tr. Ct. No. 126 9[...]

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk

Relator's Motion for Leave to file Writ of
Mandamus

To the Honorable Judges of said court:

Relator, Don Anthony Bonner, Pro-se alleges
the following:

I.

Relator admits that he is in custody and
confined pursuant to the conviction of
unlawful possession of a firearm. How-
ever Relator contends that his confinement
is unlawful.

II

Relator is seeking mandamus relief in regards...

(1)

ascertaining trial records and court reporter's trial transcripts, in order to perfect appeals and writ of habeas corpus relief.

## III.

Relator is indigent and has repeatedly ask both Clerk and Court reporter for trial records and transcripts without response. For these reasons and in the interest of fairness and justice relator seeks Mandamus Relief pursuant to Rules of Appellate procedures Rule 72. In support of Relator will submit writ of Mandamus with Brief in support accompanying this Motion for Leave.

## Requested Relief

Wherefore, Relator request:

(1). that an evidentiary hearing on this matter

(2) Grant Mandamus Relief and all other Appropriate Relief for trial records and transcripts.

Respectfully Submitted

Don Anthony Bonner

Don Anthony Bonner
TDCJ No. 1819637

Pro-se

(2)

## CERTIFICATION of SERVICE

I, Don Anthony Bonner do hereby declare that a true and correct copy of this motion for leave to file writ of Mandamus was file by placing the same in a U.S. Postal Mail Box. Executed on this 5 day of February 2015 address to Clerk of Appeal Court described below:

Clerk of Court

Abel Acosta.
Court of Crim. Appeals
of Texas, P.O Box 12308
Capitol Station Austin Tx.

Respectfully Submitted
/s/ Don A Bonner
Don Anthony Bonner
TDCJ. No. 1819637
C.T. Terrell Unit
1300 F. M 655
Rosharon Texas, 77583

Pro-Se

(3)

From: Don Anthony Bonham
TDCJ No. 1819637
C.T. Thrill Unit
1300 F.M. 655
Rosharon, Texas 77583

2/6/15

To: Abel Acosta, Clerk
Court of Criminal Appeals
of Texas P.O.Box 12308
Capitol Station Austin Tx. 78711

Re: Writ of Mandamus
Tr. Ct. No. 1269186 D Bonham v. State

Dear Mr. Acosta, Clerk of court
Enclosed Please find one original relators
Motion for Leave to file writ of Mandamus
one original Motion for writ of Mandamus
one original Affidavit of Don Anthony Bonham
Inability to pay court fees and cost for Records.
Please file these papers and bring to the prompt
Attention of the Court. By Copy of this Cover
Letter I am forwarding one copy each Motion
to trial court and clerk. I do greatly Appreciate
your time and Assistant in this Matter. Would
you be kind enough to send me Notice of this filing
thank you.

Sincerely
Don Bonham.

cc file.

<u>Cause No. 1269/860</u>

Affidavit of Don Anthony Bonner TDCJ No. 1819637
Inability to Pay Court Fee's and Cost.

My Name is Don Anthony Bonner. I am over twenty one years of age, of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated.

I am presently a inmate confined at the C.T. Terrell Unit of the Texas Department of Criminal Justice (TDCJ) located in Rosharon Texas.

In regards to my request for Free trial records and trial transcripts in Cause No. 1269/860. I do hereby declare that because of my proverty and Incarceration in (TDCJ) I have No Money I am not able to Earn or handle Money while being a inmate in (TDCJ). I am unable to pay cost for paper copies of the trial records and Court Reporter's records and transcripts. I have No bank account or any stocks. I only receive a small amount of funds to purchase necessities while in prison.

(1)

I, Don Anthony Bonner declare by the penalty of perjury that the foregoing is true and correct. Executed on this 6 day of Feb 2015

_Don A. Bonner_
Don Anthony Bonner
TDCJ No. 1819637

In The Court of Criminal Appeals
of Texas

Ex Parte, Don Anthony Bonnah          §      In the 432 Judicial
                    Relator            §      District Court of
v.                                     §      Tarrant County Texas
                                       §
State of Texas                         §      Tr. Ct. No. 126 91 86 D
                    Respondents        §
                                       §
                                       §

## Relator's Motion For Writ of Mandamus Relief

To The Honorable Judges of said Court:

Now Comes Don Anthony Bonnah, Relator Pro-se
Pursuant to Texas Rules of Appellate Procedure
Rule 72, 34.6 And 35.

### I.

Relator is a Inmate proceeding Pro-se and
who is indigent without funds to pay court
cost and fees. Relator can be located at the
C. T. Turell Unit 1300 F.M. 655 Rosharon Texas
77583.

### II.

Relator has exhausted his remedies on
Direct Appeal in case No. PD-0706-14 Bonnah
v. State and PDR filed May 30, 2014.

(1)

## III

The act sought to be compelled is ministerial not discretionary in Nature. Texas Rules of Appellate Procedures Rules 34.6 and 35 require the Clerk and the Court Reporter to provide at least one free copies of trial transcript and count records to a Indigent defendant seeking Appeal and Post Conviction Relief. see Griffin v. Illinois 76 SCT. 100 and Burns v. Ohio 79 SCT. 1164 and Texas Appellate Rules. 34.6 and 35.

## IV

The Court Reporter Namely Agie Taylor located at 401 West Belknap Street in Fort Worth Texas and District Clerk. Thomas A. Wilder in their capacity as court officials has a duty pursuant to Rules 34.6 and 35 and the Supreme law of United States to provide Relator with at least one free copies of the Court Reporter Records described below and Count Records:

### Court Reporter Records

(1) Vol. 1  Master Index  cost ... $19.50
(2) Vol. 2  Jury Voir Dire  cost ... $235.00
(3) Vol. 3  Trial on Merits  cost ... $367.90

(2)

(4). Vol. 4 Trial on merits    cost.... $228.00

(5). Vol. 5 Trial on merits    cost.... $9.10

(6) Vol. 6 Trial on Punishment cost... $72.80

(7) Vol. 7 Exhibit Index    cost... $7.80

## Clerk of Court Records.

Clerk records are available at .35 per page and Relator has requested a total of 22 pages from the clerk office.

## V

Relator was entitled to present a meaningful writ of Certiorari and writ of Habeas Corpus Post Conviction Relief. And the documents and records describe above are essential for Relator to review and research the hearing and trial transcripts which is vital to protect any kinds Appeal with the records. Without these records Relator argues his constitutional rights will be violated and would prevent Relator from pursuing a meaningful Appeal and Post Conviction Relief due to the Absence of the Reporters Records. It being clear from the letters and motions filed with the District Clerk and Court Reporter Relator has Repeatively put these officials on Notice.

(3)

Please see Exhibit (A) letters and responses from trial clerk attached to the Appendix of this motion.

## VI
## Requested Relief

Wherefore the ends of Justice will be served by this Honorable Judges of this Court by granting this Writ of Mandamus ordering the District Clerk, Thomas A. Wilder and Court Reporter Ms. Angie Taylor to furnish the relator with a free copy of the trial court clerk records and the trial court, court reporter transcripts as described in this motion or to loan the relator a copy of the trial records and transcripts for (60) day by sending the records to the care of the Unit Warden at the C.T. Terrell Unit, 1300 F.M. 655 Rosharon Texas, 77583. So it is prayed.

Respectfully Submitted.

Don Anthony Bonner
TDCJ No. 1819637
1300 F.M. 655 Terrell Unit
Rosharon Texas 77583
Pro-se

(4)

<u>CERTIFICATION OF SERVICE</u>

I, DON ANTHONY BONNER, RELATOR do hereby declare that the fore going is true and correct. I further assert that Relator's writ of Mandamus was serviced on the Clerk of Court and Court Reporter by Placing the same into a U.S. Post-al Mail Box. Executed on this 6, day of Feb. 2015 address to the addresses listed below.

Respectfully Submitted

<u>TARRANT COUNTY CLERK</u>
Thomas A. Wilder
401 WEST BELKNAP ST.
Forth Worth, TEXAS 76196

<u>/s/ Don A Bonner</u>
DON ANTHONY BONNER
TDCJ No. 1819637
C.T. Terrell Unit
1300 F.M. 655
Rosharon, TEXAS 77583

<u>Abel Acosta, Clerk</u>
Court of Criminal Appeals
of TEXAS. P.O Box. 12308
Capitol STATION
Austin, TEXAS 78711

(5)